John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                                     :
MANHATTAN DISASTER SITE LITIGATION                                  :
------------------------------------------------------------------- x   Civil Action No.: 07CV01699
MARIA SALAZAR and PEDRO SALAZAR,                                    :
                                                                        **NOTICE OF BATTERY PARK
                         Plaintiffs,                                :   CITY AUTHORITY's
                                                                    :   ADOPTION OF ANSWER TO
         -against-                                                      MASTER COMPLAINT**
                                                                    :
90 CHURCH STREET LIMITED PARTNERSHIP, ET
AL.,                                                                :

                         Defendants.                                :
------------------------------------------------------------------- x

    PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
        September 25, 2007

1699624.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00298

By: _____
    John M. Flannery (JMF-0229)

1699624.1